UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **PEPSICO, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV24-DJS |
| ) | |
| **WEN AMERICA, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in this action in favor of plaintiff PepsiCo, Inc., and against defendant WenAmerica, L.L.C., in the amount of $1,785,375.56 in damages, plus prejudgment interest of $305,739.45, plus taxable costs and such post judgment interest as is allowed by law at the applicable rate of 4.70 percent per annum.

Dated ___23rd___ day of February, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE